476 A.2d 102

Commonwealth, Appellant, v. Huertas.

Argued February 23, 1984. Stuart L. Haimowitz, Assistant District Attorney, for Commonwealth, appellant; Jeffrey P. Shender, Assistant Public Defender, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order reversed and case remanded for trial.